# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### Third Amended Plan

DEBTOR: Ricardo A. Gonzalez    JOINT DEBTOR: _____    CASE NO.: 14-28496-AJC
Last Four Digits of SS# 8915         Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 1,670.99 for months 1 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + $775 (Motion to value) = $4425 TOTAL PAID $ 2,000
                  Balance Due   $ 2,425.00  payable $ 242.50/month  (Months 1 to 10)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. PNC Mortgage                      Arrearage on Petition Date  $ 21,090.09
Address: P.O. Box 1820               Arrears Payment        $ 351.50    /month (Months 1 to 60)
     Dayton, OH 45401              Regular Payment        $ 604.99    /month (Months 1 to 60)
Account No: XXXX1560

2. Westland Gardens Condo Association
Address: c/o Business Law Group, PA
     301 West Platt Street #375           Regular Payment        $ 245.00    /month (Months 1 to 60)
     Tampa, FL 33606

Account No: 5665

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Westland Gardens Condo Association c/o Business Law Group, PA 301 West Platt Street #395 Tampa, FL 33606 Account No: 5665 | 5665 West 20 Avenue #107, Hialeah, FL 33012 $85,000 | 0% | $0.00 | N/a | Strip off |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                   Total Due  $_____
                     Payable    $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 59.90/month (Months 1 to 10) and Pay $ 302.40/month (Months 11 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: None

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq.
Attoney for Debtor                              Joint Debtor
Date: 1/6/2015                                  Date:_____

LF-31 (rev. 01/08/10)