**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**First Modified Plan**

DEBTOR: Ricardo A. Gonzalez    JOINT DEBTOR: _____    CASE NO.: 14-28496-AJC
Last Four Digits of SS# 8915    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
    A.    $ 388.32 for months 1 to 11;
    B.    $ 390.34 for months 12 to 60 in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + $775 (Motion to value) + $525.00 (Motion to Modify) = $4,950.00 TOTAL PAID $ 2,000 Balance Due $ 2,950.00
    payable $ 132.27/month (Months 1 to 11);
    payable $ 299.00/month (Months 12 to 16);

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. PNC Mortgage    Arrearage on Petition Date $ 21,090.09
Address: P.O. Box 1820    Arrears Payment $ 69.68 /month (Months 1 to 11)
    Dayton, OH 45401    Regular Payment $ 119.94 /month (Months 1 to 11)
Account No: XXXX1560

2. Westland Gardens Condo Association
Address: c/o Business Law Group, PA
    301 West Platt Street #375    Regular Payment $ 48.57 /month (Months 1 to 11)
    Tampa, FL 33606
Account No: 5665

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Westland Gardens Condo Association c/o Business Law Group, PA 301 West Platt Street #395 Tampa, FL 33606 Account No: 5665 | 5665 West 20 Avenue #107, Hialeah, FL 33012 $85,000 | 0% | $0.00 | N/a | Strip off |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None    Total Due $_____
    Payable $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 0.00/month (Months 1 to 11); Pay $ 52.31/month (Months 12 to 16); and
Pay $ 351.31/month (Months 17 to 60);
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor surrenders and abandons any and all interest in his homestead property located at 5665 West 20th Avenue, #101, Hialeah, FL 33012 financed by PNC Mortgage and whom has a homeowners association held by Westland Gardens Condominium Association.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq.
Attoney for Debtor    Joint Debtor
Date: 8/4/2015    Date:_____

LF-31 (rev. 01/08/10)