UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Ricardo A. Gonzalez          Case No: 14-28496
                                    Chapter 13


_____Debtor_____/


## NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1) ☒   No further action is necessary.

2)   The following actions have been taken:

☐   The debtor has filed an objection to the proof of claim filed by _____.

☐   The debtor has filed a _____ amended plan or modified plan to provide for the proof of claim filed by _____.

☐   Other: _____
_____
_____.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on  August 4, 2015  .


Submitted by:
**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 W 49th Street
Hialeah, FL 33013
Tel. (305) 687-8008

By:/s/Robert Sanchez
Robert Sanchez, Esq., FBN#0442161

LF-76 (rev. 12/01/09)